DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

**FILED**

NOV - 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PATRICIA M. CIANO, Defendant. | 1:09-cr-0398 AWI SMS **APPLICATION AND ORDER APPOINTING COUNSEL** |

The defendant, Patricia M. Ciano, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of her inability to obtain counsel. Also included is a copy of the Information filed against her on October 8, 2009 charging Ms. Ciano with Unauthorized Inspection of Tax Return Information (16 counts), in violation of 26 U.S.C. § 7213A. Ms. Ciano has been summoned to appear before the U.S. District Court in front of Sandra M. Snyder on November 5, 2009 at 10:00 a.m.

Dated: October 16, 2009

/s/ Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: October 19, 2009

_____
ANTHONY W. ISHII
Chief United States District Judge